**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**IN RE**:
Huron Pointe Excavating, LLC

Debtor(s).
______________________________/

Case No. 20-50592-tjt

Hon. Thomas J. Tucker
Chapter 11, Subchapter V

**CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, Kimberly Ross Clayson, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00 The case was dismissed with no plan confirmed and no plan payments made to the trustee. Pursuant to 28 U.S.C. §586(e)(5), on April 28, 2021 the Court ordered compensation of $7,230 be awarded to the trustee. These funds were paid by the debtor to the trustee operation on May 24, 2021 I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

Respectfully submitted,

Dated: May 27, 2021

/s/ Kimberly Ross Clayson
Kimberly Ross Clayson (P69804)
Chapter 11 Subchapter V Trustee
24725 W. 12 Mile Road, Suite 306
Southfield, MI 48034
(248)-246-1166
bankruptcy@maxwelldunnlaw.com